IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KATHERINE PENN THOMAS, individually and on behalf of all those similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>PALM BEACH TAN, INC. )<br><br>Defendant. ) | CIVIL ACTION NO.<br>1:12-CV-02927-WBH |

## NOTICE OF SETTLEMENT

Defendant Palm Beach Tan, Inc. and Plaintiff Katherine Penn Thomas, by and through undersigned counsel, hereby inform the Court that the parties in the above-styled action have reached an agreement in principle to resolve this matter in its entirety. The parties anticipate submitting settlement documents for the Court's review and approval by February 28, 2014.

The parties respectfully request that the Court refrain from ruling on any pending matters and stay any Court-ordered or rule-guided deadlines in this case.

Respectfully submitted, this 10th day of February, 2014.

| | |
|---|---|
| */s/ Andrew L. Weiner* | */s/ John B. Brown* |
| Andrew L. Weiner | Tracey T. Barbaree |
| Georgia Bar No. 808278 | Georgia Bar No. 036792 |
| aw@andrewweinerlaw.com | Tracey.barbaree@ogletreedeakins.com |
| THE WEINER LAW FIRM LLC | John B. Brown (Admitted Pro Hac Vice) |
| 3525 Piedmont Road | Texas Bar No. 00793412 |
| 7 Piedmont Center, 3rd Floor | john.brown@ogletreedeakins.com |
| Atlanta, GA 30305 | OGLETREE, DEAKINS, NASH, |
| Telephone: (404) 254-0842 | SMOAK & STEWART, P.C. |
| Facsimile: (866) 800-1482 | 191 Peachtree Street, N.E., Suite 4800 |
| | Atlanta, GA  30303 |
| | Telephone: (404) 881-1300 |
| | Facsimile: (404) 870-1732 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| KATHERINE PENN THOMAS, individually and on behalf of all those similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>PALM BEACH TAN, INC.<br><br>   Defendant. | CIVIL ACTION NO.<br>1:12-CV-02927-WBH |

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2014, I electronically filed this **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

    Tracey T. Barbaree
    John B. Brown
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
191 Peachtree Street, N.E., Suite 4800
Atlanta, GA  30303

        s/ Andrew Weiner
        Counsel for Plaintiff