IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| KATHERINE PENN THOMAS, individually and on behalf of all those similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO.: 1:12-cv-02927-WBH |
| PALM BEACH TAN, INC., | ) ) | |
| Defendant. | ) | |

## FINAL APPROVAL ORDER AND DISMISSAL

This action is before the Court on Plaintiffs Katherine Penn Thomas ("Thomas"), Margaret Ruenbanthoeng ("Ruenbanthoeng"), Brandon Jackson ("Jackson"), and Zachary Hodges ("Hodges") (collectively, "Plaintiffs") and Defendant Palm Beach Tan, Inc. ("Defendant") (collectively, the "Parties") Joint Motion for Approval of Settlement Agreement (Dkt. 60).  After reviewing the Parties' joint motion and Settlement Agreement, the Court determines the joint motion should be granted for good cause shown.  Accordingly, the Court orders:

1.   The Court finds that the Settlement Agreement is, in all respects, fair, just, reasonable and adequate, and the Parties are hereby directed to perform its terms.

2.   Each of the Plaintiffs is bound by the release of claims set forth in the Settlement Agreement.

3.   This action is dismissed with prejudice.

**SO ORDERED**, this _7th_ day of _March_, 2014.

_____

The Honorable Willis B. Hunt, Jr.